THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ROBERT DEMOS, JR., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES CONGRESS, *et al.*, <br><br> Defendants. | CASE NO. C21-1121-JCC <br><br> ORDER |

The Court, having reviewed the Report and Recommendation ("R&R") of the Honorable Kate S. Vaughan, United States Magistrate Judge (Dkt. No. 2), the lack of objections thereto, and the relevant record, hereby ORDERS:

1. The Court ADOPTS the R&R.
2. This action is DISMISSED without prejudice.
3. The Clerk is DIRECTED to send copies of this order to Plaintiff and to Judge Vaughan.

DATED this 24th day of September 2021.

*John C. Coughenour* (signature)

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C21-1121-JCC
PAGE - 1